IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Todd Runnels, | : |
| | : |
| | : Civil Action No.:  1:13-cv-00426-JTN |
| Plaintiff, | : |
| v. | : |
| | : |
| Enhanced Recovery Company, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Dated: May 22, 2013

Respectfully submitted,

By  __/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  */s/ Sergei Lemberg*
                                                  Sergei Lemberg, Esq.